IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01879-WYD-CBS

RAQUEL GARCIA,

    Plaintiff(s),

v.

MID-CENTURY INSURANCE COMPANY, a foreign insurance company,

    Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion to Consolidate [# 8], filed October 26, 2006, is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

Dated:  October 30, 2006