IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01879-WYD-CBS

RAQUEL GARCIA,

      Plaintiff(s),

v.

MID-CENTURY INSURANCE COMPANY, a foreign insurance company,

      Defendant(s).

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Punitive Damages Claim [# 10], filed November 29, 2006.  After careful consideration of this motion and the file in this matter, I find that the motion should be **GRANTED.**  Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss Punitive Damages Claim [# 10] is **GRANTED.**  It is

FURTHER ORDERED that Plaintiff's punitive damages claim is **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 1, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge