IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01879-WYD-CBS

RAQUEL GARCIA,

   Plaintiff(s),

v.

MID-CENTURY INSURANCE COMPANY, a foreign insurance company,

   Defendant(s).

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation For Dismissal With Prejudice [# 15], filed January 26, 2007.  After a careful review of the file in this case, I find that the stipulation should be APPROVED.  Accordingly, it is

ORDERED that the Stipulation For Dismissal With Prejudice [# 15], is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and fees.

Dated:  January 29, 2007

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge